State v. Allen

STATE OF NORTH CAROLINA v. JOHN HENRY ALLEN

No. 7311SC245

(Filed 14 March 1973)

Criminal Law § 145.1— probation revocation — due process
   Defendant was accorded full procedural due process in probation revocation proceedings in the district and superior courts.

APPEAL by defendant from *Braswell, Judge,* 23 October 1972 Session of Superior Court held in LEE County.

On 27 September 1971 defendant pleaded guilty in the District Court to five charges of nonfelonious larceny. He was sentenced to a term of one year in each case, said five one-year sentences to run consecutively. These sentences were suspended and defendant was placed on probation for a period of five years.

On 13 October 1972 defendant was brought before the District Court upon allegations of violations of the terms of his probation. The District Court Judge found that defendant had violated the terms of the probationary judgment and probation was revoked. Defendant appealed to the Superior Court.

On 27 October 1972 Judge Braswell found that defendant had failed to make certain monetary payments required by the probationary judgment; that defendant was convicted on 19 September 1972 of temporary larceny of an automobile; and that defendant was convicted on 26 September 1972 of driving a motor vehicle without an operator's license. Judge Braswell found that defendant had thereby wilfully and without lawful excuse violated the terms and conditions of the probationary judgment. The defendant's probation was revoked and commitment was issued to place the 27 September 1971 sentences into effect. Defendant appealed to this court.

*Attorney General Morgan, by Associate Attorney General Heidgerd, for the State.*

*A. B. Harrington III for the defendant.*

BROCK, Judge.

After defendant's trial in September 1971 the trial judge provided defendant with an opportunity for rehabilitation without confinement. Defendant breached the faith the trial judge placed in him.

In the proceedings to inquire into alleged violations by defendant of the terms of his probation, defendant was accorded full procedural due process—and the right of two appeals. We have carefully reviewed the entire record and we find

No error.

Judges VAUGHN and GRAHAM concur.